

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00603-CR

Efrain **SOSA-VALDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0026
Honorable Steve Hilbig, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  March 28, 2018

DISMISSED

Appellant Efrain Sosa-Valdez has filed a motion to dismiss this appeal. The motion is signed by both Sosa-Valdez and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

Do not publish